IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

EDITH MCCURRY                              Case No. 09-92493
                    Debtor

MOTION TO MODIFY AUTOMATIC STAY

Now comes LITTON LOAN SERVICING AS SERVICER FOR DEUTSCHE

BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE

LOAN TRUST 2004-1, ASSET BACKED CERTIFICATES, SERIES 2004-1 by

and through its attorneys KROPIK, PAPUGA and SHAW, concerning its

Motion to Modify the Stay and in support thereof states as

follows:

1.    That LITTON LOAN SERVICING is the secured creditor of

the debtors by virtue of a note and mortgage secured by the

property located at 6239 S. 13110 E. RD., ST. ANNE, ILLINOIS,

60901 an asset of the estate;

2.    The property is subject to a mortgage lien in favor

of LITTON LOAN SERVICING in an amount in excess of $61,094.97

as of DECEMBER 15, 2009;

3.    The debtor is due for the SEPTEMBER 1, 2009 payment and

has a default in excess of 2,250.12 including fees and costs as

of DECEMBER 15, 2009.;

4.    LITTON LOAN SERVICING AS SERVICER is being deprived of

the use of monies which it is entitled to receive pursuant to the

mortgage contract and therefore its security interest is being

continually diminished;

5.    That there is a material default and the interest of

LITTON LOAN SERVICING is not adequately protected;

6.   That per the Debtor's Statement of Intent, Debtor intends to reaffirm said property;

7.   Movant further requests waiver of Rule 4001(a)(3);


WHEREFORE, LITTON LOAN SERVICING AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-1, ASSET BACKED CERTIFICATES, SERIES 2004-1  by this Petition, seeks for the entry of an Order Modifying the Automatic Stay as to It and for such other and further relief as the Court deems just.


                                        By:___/S/ Laura Wardinski_____
                                              Laura Wardinski
                                              One Of Its Attorneys



KROPIK, PAPUGA & SHAW
Attorneys for
LITTON LOAN SERVICING
120 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603
Telephone: 312/236-6405

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

EDITH MCCURRY                          Case No. 09-92493
                  Debtor

CERTIFICATE OF SERVICE

    The undersigned certifies that this electronic document was
served either electronically through the court's electronic
mailing system pursuant to the notice generated by the court on
DECEMBER 15, 2009 to the following parties:

TO TRUSTEE:
GLEN R. BARMANN 200 E. COURT ST. #602 KANKAKEE IL 60901

TO DEBTOR'S ATTORNEY:
ROBERT P. FOLLMER 201 W. OLIVE STREET BLOOMINGTON IL 61701


The motion was further served by depositing a printed copy into
the United States mail at the mail chute located at 120 SOUTH LA
SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on DECEMBER
15, 2009 with postage prepaid at the address listed on the
creditor matrix, upon the following parties, Debtor or others not
served:


TO DEBTOR:
EDITH MCCURRY  6239 S. 13110 EAST ROAD PEMBROOK TWSHP. IL 60958

                                    __/s/ Laura Wardinski__
                                    Laura Wardinski
                                    Kropik, Papuga and Shaw
                                    120 S. LaSalle, Ste. 1327
                                    Chicago, IL 60603