## IT IS SO ORDERED.

## SIGNED THIS: March 08, 2010

_____
GERALD D. FINES
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| | ) | |
| Edith McCurry | ) | |
| | ) | |
| | ) | CASE NO. 09-92493 |
| | ) | |
| DEBTOR | ) | |

**ORDER**

Upon the foregoing motion, said extension is hereby allowed. Debtor is to file the Reaffirmation Agreement with the Court by March 29th, 2009.

###