# Notice Recipients

District/Off: 0753–2         User: ephi              Date Created: 3/8/2010
Case: 09–92493               Form ID: pdf012         Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |
| tr  | Glen R Barmann | teresa@kankakeelaw.com |
| aty | Jeffrey Abbott | ostlingassociates@comcast.net |
| aty | Larry Spears | ostlingassociates@comcast.net |
| aty | Robert P Follmer | ostlingassociates@comcast.net |

TOTAL: 5