B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Central District of Illinois
Case No. **09–92493**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edith McCurry
   6239 S 13110 East Road
   Pembrook Twp, IL 60958

Social Security No.:
   xxx–xx–0408

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                              BY THE COURT

Dated: 3/30/10                                Gerald D. Fines
                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0753-2           User: ephi                 Page 1 of 1                  Date Rcvd: Mar 30, 2010
Case: 09-92493                 Form ID: b18               Total Noticed: 26

The following entities were noticed by first class mail on Apr 01, 2010.
db          +Edith McCurry,    6239 S 13110 East Road,    Pembrook Twp, IL 60958-4694
cr          +LITTON LOAN SERVICING LLP,    P O Box 829009,    DALLAS TX 75382-9009
5269914     +Aqua America,    2491 Paxton Street,    Harrisburg, PA 17111-1036
5269917     +Bank of America,    PO Box 917054,    Wilmington, DE 19884-0001
5269921     +Citibank,    PO Box 6000,    The Lakes, NV 88901-6000
5269922     +Citibank South Dakota NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
5269924     +Creditors Collection Bureau,    755 Almar Parkway,    Bourbonnais, IL 60914-2392
5269926     +Great Lakes Academic Loan,    PO Box 7860,    2401 International Lane,    Madison, WI 53704-3121
5269927     +Illinois Dept of Revenue,    PO Box 19084,    Springfield, IL 62794-9084
5269928     +Internal Revenue Service,    Group 26 - Stop 5226 OLF,    3615 Park Drive,
              Olympia Fields, IL 60461-1186
5269929     +Laurie Johnson,    PO Box 4593,    Mooresville, NC 28117-4593
5269930     +Litton Loan Services,    4828 Loop Central Drive,    Houston, TX 77081-2166
5275270     +Litton Loan Servicing, LP.,    PO BOX 829009,    Dallas, TX 75382-9009
5269931      Lowes,    PO Box 103080,    Roswell, GA  30076
5269933     +Marriott Ownership,    1200 US Hwy 98 S Ste,    Lakeland, FL 33801-5901
5269934     +Oak Orthopedics,    400 S Kennedy Drive,    Bradley, IL 60915-2690
5269935     +Riverside Health Care,    PO Box 3177,    Milwaukee, WI 53201-3177
5269936      Sallie Mae,    P.O. Box 9500,    Wilkes Barre, PA  18773-9500
5269937     +Sears/CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
The following entities were noticed by electronic transmission on Mar 30, 2010.
5269915     +EDI: ACCE.COM Mar 30 2010 16:18:00      Asset Acceptance Corp,    PO Box 2036,
              Warren, MI 48090-2036
5269917     +EDI: BANKAMER2.COM Mar 30 2010 16:08:00      Bank of America,    PO Box 917054,
              Wilmington, DE 19884-0001
5269918     +EDI: CAPITALONE.COM Mar 30 2010 16:08:00      Capital One,    PO Box 30281,
              Salt Lake City, UT 84130-0281
5269919     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
              Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
5269920     +EDI: HFC.COM Mar 30 2010 16:08:00      Carson Pirie Scott,    PO Box 10327,
              Jackson, MS 39289-0327
5269921     +EDI: CITICORP.COM Mar 30 2010 16:08:00      Citibank,    PO Box 6000,    The Lakes, NV 88901-6000
5269923     +E-mail/Text: Jboyd@creditorscollection.com                          Creditors Collection,
              755 Almar Parkway,    Bourbonnais, IL 60914-2392
5269925     +EDI: RMSC.COM Mar 30 2010 16:08:00      Gemb/JC Penny,    PO Box 981131,    El Paso, TX 79998-1131
5269932     +EDI: TSYS2.COM Mar 30 2010 16:08:00      Macy's,    PO Box 4564,    Carol Stream, IL 60197-4564
                                                                                                TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5269912      American General Finance,    2149 W. Jefferson St.
5269913      Joliet, IL  60435
5269916*     Asset Acceptance Corp.,    P.O. Box 2036,    Warren , MI  48090-2036
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2010**                        **Signature:**    *Joseph Speetjens*